```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLUE PRODUCE, L.L.C.

        Plaintiff,

   - against -

MEREX FOOD CORP., et al.,

        Defendants.

ORDER

09 Civ. 1129 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference before the Court on August 4, 2009,

**IT IS HEREBY ORDERED THAT:**

(1) The Parties **SHALL** appear for a status conference on **September 29, 2009, at 10:00 a.m.**; and

(2) Defendants **SHALL** serve their discovery requests upon Plaintiff by **August 17, 2009**.

SO ORDERED this 5th day of August 2009
New York, New York

*/s/ Ronald Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge